■ DAVID G. SALTEN, Appellant, v FRANCES B. SALTEN, Respondent.— Judgment, Supreme Court, New York County, entered on February 15, 1979, unanimously affirmed on the opinion of Blyn, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Sullivan, Lupiano and Ross, JJ.

■ ANA LARA, Respondent, v BRONX LEBANON HOSPITAL, Defendant, and LUC LAPOMMERAY, Appellant.—Order, Supreme Court, Bronx County, entered on January 19, 1979, unanimously affirmed, without costs and without disbursements. Defendant's answer to the complaint is to be served within 20 days after service of a copy of this court's order, with notice of entry. No opinion. Concur—Fein, J. P., Sandler, Bloom, Lane and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BEVERLY MARTIN, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 1, 1978, unanimously affirmed. (See *People v Poplis,* 30 NY2d 85.) No opinion. Concur—Birns, J. P., Sandler, Sullivan, Markewich and Lynch, JJ.

■ In the Matter of THE CITY OF NEW YORK, Respondent, v FREDERICK VERLINGO et al., Appellants, and BARBARA BALOG, Respondent.—Order, Supreme Court, New York County, entered on March 5, 1979, unanimously affirmed on the opinion of Stecher, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Sandler, Sullivan, Markewich and Lynch, JJ.

(June 14, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH DAVIS, Appellant.—Judgment, Supreme Court, New York County, rendered on March 28, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Fein, Lane and Lynch, JJ.